# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141251

PINE BLUFFS AREA PROPERTY OWNERS
ASSOCIATION, INC.,
     Plaintiff-Appellant,

v

DeWITT LANDING AND DOCK
ASSOCIATION, KENNETH SHINSKY, and
ERIC WEGNER,
     Defendants,
     Third-Party Plaintiffs-Appellees,
and

VICTOR TEICHMAN, LEE TEICHMAN, and
ANDREW TEICHMAN,
     Defendants-Appellees,
and

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
     Defendant,
v

ROSCOMMON COUNTY ROAD
COMMISSION,
     Third-Party Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141251
COA: 289200
Roscommon CC: 06-725893-CH

On order of the Court, the application for leave to appeal the April 1, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk